# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

LONGHORN HD LLC                                     Case No.: 2:19-cv-00384-JRG

       Plaintiff,

v.

Check Point Software Technologies Ltd.

       Defendant.

## NOTICE OF APPEARANCE

NOW COMES Kurt Truelove, of the Truelove Law Firm, PLLC, 100 West Houston, Marshall, Texas 75670, and enters an appearance as counsel of record for Plaintiff Longhorn HD LLC.

Mr. Truelove requests to receive notices from the Court on all issues related to this case.

DATED: April 29, 2020

       Respectfully submitted,

       */s/ Kurt Truelove*
       Justin Kurt Truelove
       TX State Bar No. 24013653
       **TRUELOVE LAW FIRM, PLLC**
       100 West Houston
       Marshall, Texas 75670
       903-938-8321
       903-215-8510 Fax
       kurt@truelovelawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service

/s/ Kurt Truelove