**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| LONGHORN HD LLC,<br><br>       Plaintiff,<br><br>v.<br><br>CHECK POINT SOFTWARE TECHNOLOGIES LTD.,<br><br>       Defendant. | CIVIL ACTION NO 2:19-cv-00384-JRG |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendant Check Point Software Technologies Ltd. ("Check Point"), files this Notice of Appearance, and hereby notifies the Court that Eric H. Findlay, of the law firm Findlay Craft, P.C., 102 North College Ave., Suite 900, Tyler, TX 75702, Telephone (903) 534-1100, Fax (903) 534-1137, E-mail: efindlay@findlaycraft.com has entered this action as counsel for Check Point. In connection with this notice, Mr. Findlay requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: May 15, 2020

                                                                Respectfully submitted,

                                                                By: /s/ *Eric H. Findlay*
                                                                Eric H. Findlay
                                                                State Bar No. 00789886
                                                                Findlay Craft, P.C.
                                                                102 North College Ave.
                                                                Suite 900
                                                                Tyler, TX  75702
                                                                (903) 534-1100
                                                                (903) 534-1137 FAX
                                                                efindlay@findlaycraft.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2020, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

/s/ *Eric H. Findlay*
Eric H. Findlay