**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| LONGHORN HD LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>CHECK POINT SOFTWARE TECHNOLOGIES LTD.,<br><br>        Defendant. | CIVIL ACTION NO 2:19-cv-00384-JRG |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendant Check Point Software Technologies Ltd. ("Check Point"), files this Notice of Appearance, and hereby notifies the Court that Clement S. Roberts, of the law firm Orrick, Herrington & Sutcliffe LLP, 405 Howard Street, San Francisco, CA 94105, Telephone: (415) 773-5700, Facsimile: (415) 773-5759, E-mail: croberts@orrick.com has entered this action as counsel for Check Point. In connection with this notice, Mr. Roberts requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: May 18, 2020

                                                      Respectfully submitted,

                                                      By: /s/ *Clement S. Roberts*
                                                      Clement S. Roberts
                                                      CA SBN 209203
                                                      Orrick, Herrington & Sutcliffe LLP
                                                      405 Howard Street
                                                      San Francisco, CA 94105
                                                      Telephone: (415) 773-5700
                                                      Facsimile: (415) 773-5759
                                                      croberts@orrick.com

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 18, 2020, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

                                                                       /s/ *Clement S. Roberts*
                                                                       Clement S. Roberts