# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

|  |  |  |
|---|---|---|
| **LONGHORN HD LLC.,** | § | **Case No. 2:19-cv-00384-JRG** |
| | § | |
| **Plaintiff,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **v.** | § | |
| | § | |
| **CHECK POINT SOFTWARE** | § | |
| **TECHNOLOGIES LTD.,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## JOINT MOTION FOR ENTRY OF AGREED DOCKET CONTROL ORDER

Pursuant to the Court's Scheduling Order dated April 17, 2020 (Dkt. 11), Plaintiff Longhorn HD LLC. and Defendant Check Point Software Technologies, Ltd. (collectively, the "Parties), jointly and respectfully request that the Court enter the proposed Docket Control Order, attached hereto as Exhibit A.

At the May 18, 2020 scheduling conference, the Court set the Markman hearing for 9:00 AM on November 13, 2020.  Defendant has indicated that it has a conflict on November 13 due to a previously scheduled Markman hearing in *Broadband iTV, Inc. v. DISH Network LLC*, Case No. 6:19-cv-716-ADA (W.D. Tex.).  As a result of this conflict, Defendant respectfully requests that the Court reset the Markman for the Court's earliest convenience either earlier in the week of November 9, 2020, or during the week of November 16, 2020.  Plaintiff does not oppose this request.

Dated: June 1, 2020

**BROWN RUDNICK LLP**

*/s/ Vincent J. Rubino, III*
Alfred R. Fabricant
NY Bar No. 2219392
Email: afabricant@brownrudnick.com

Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@brownrudnick.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVELAWFIRM, PLLC**
100 West Houston
Marshall, Texas 75670
Telephone:  (903) 938-8321
Facsimile:  (903) 215-8510


 */s/ Alyssa Caridis (With permission)*
Alyssa Caridis
State Bar No. 260103
Email:  acaridis@orrick.com
**ORRICK, HERRINGTON &
 SUTCLIFFE LLP**
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

Clement Roberts
CA State Bar No. 209203
Email: croberts@orrick.com
**ORRICK, HERRINGTON &
 SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Evan Brewer
State Bar No. 304411
Email: ebrewer@orrick.com
**ORRICK, HERRINGTON &**
 **SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614 7400
Facsimile: (650) 614 7401

Eric H. Findlay
Email: efindlay@findlaycraft.com
State Bar No. 00789886
**FINDLAY CRAFT, P.C.**
102 North College Avenue, Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137

**ATTORNEYS FOR DEFENDANT
CHECK POINT TECHNOLOGIES
LTD.**

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on June 1, 2020, all counsel of record who are

deemed to have consented to electronic service are being served with a copy of this document via

the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Vincent J. Rubino, III*
Vincent J. Rubino, III
