UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Longhorn HD LLC. | § § | |
| vs. | § § | CASE NO. 2:19-cv-00384-JRG |
| Check Point Software Technologies Ltd. | § § | |

ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case be referred to __Honorable Roy S. Payne__

_____, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. Section 636(c) and the foregoing consent of the parties.

__June 2nd, 2020__
Date

__[signature]__
UNITED STATES DISTRICT JUDGE