**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **LONGHORN HD LLC.,** | § § § | Case No. 2:19-cv-00384-JRG |
| Plaintiff, | § § | **JURY TRIAL DEMANDED** |
| v. | § § § | |
| **CHECK POINT SOFTWARE TECHNOLOGIES LTD.,** | § § § § | |
| Defendant. | § § | |

**JOINT MOTION TO DISMISS WITH PREJUDICE PLAINTIFF'S COMPLAINT**

Plaintiff Longhorn HD LLC ("Longhorn") and Defendant Check Point Software Technologies Ltd. ("Check Point") (jointly referred to as the "Parties") have settled their respective claims for relief asserted in this litigation. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(2), the Parties respectfully request that all claims for relief asserted against Check Point by Longhorn be dismissed, with prejudice, and the Parties further request that all attorneys' fees, costs of court and expenses be borne by each Party incurring the same.

So agreed and stipulated.

A proposed order is attached.

Dated: June 10, 2020

Respectfully submitted,

**BROWN RUDNICK LLP**

 */s/ Vincent J. Rubino, III*
Alfred R. Fabricant
NY Bar No. 2219392
Email: afabricant@brownrudnick.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@brownrudnick.com
Vincent J. Rubino, III

NY Bar No. 4557435
Email: vrubino@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVELAWFIRM, PLLC**
100 West Houston
Marshall, Texas 75670
Telephone:  (903) 938-8321
Facsimile:  (903) 215-8510


 /s/ Clement Roberts (With permission)
Alyssa Caridis
State Bar No. 260103
Email:  acaridis@orrick.com
**ORRICK, HERRINGTON &**
 **SUTCLIFFE LLP**
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

Clement Roberts
CA State Bar No. 209203
Email: croberts@orrick.com
**ORRICK, HERRINGTON &**
 **SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Evan Brewer
State Bar No. 304411
Email: ebrewer@orrick.com
**ORRICK, HERRINGTON &
 SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614 7400
Facsimile: (650) 614 7401

Eric H. Findlay
Email: efindlay@findlaycraft.com
State Bar No. 00789886
**FINDLAY CRAFT, P.C.**
102 North College Avenue, Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137

**ATTORNEYS FOR DEFENDANT
CHECK POINT TECHNOLOGIES
LTD.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 10, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                               */s/ Vincent J. Rubino, III*
                                               Vincent J. Rubino, III