**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| LONGHORN HD LLC., § <br> §<br> *Plaintiff*, § <br> § <br> v. § <br> § <br> CHECK POINT SOFTWARE § <br> TECHNOLOGIES LTD., § <br> § <br> *Defendant*. § | Case No. 2:19-cv-00384-RSP |

### ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

Before the Court is Plaintiff Longhorn HD LLC ("Longhorn") and Defendant Check Point Software Technologies Ltd. ("Check Point") (collectively, "Parties") Joint Motion to Dismiss with Prejudice Plaintiff's Complaint ("Motion"). **Dkt. No. 25**. The Parties' Motion seeks to dismiss with prejudice pursuant to Fed. R. Civ. P. 41(a)(2) all claims for relief Longhorn asserted against Checkpoint and that all attorneys' fees, costs of court and expenses be borne by each Party incurring the same.

After due consideration, the Court **GRANTS** the Parties' Motion. It is hereby **ORDERED** that all claims and causes of action asserted by Longhorn against Check Point are dismissed with prejudice. It is further **ORDERED** that all attorneys' fees, costs of court and expenses be borne by each Party incurring the same.

**SIGNED this 11th day of June, 2020.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE